UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SCOTT W HARRISON,

                          Plaintiff,

    - against -

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                          Defendant.
---------------------------------------------------------------X

**~~PROPOSED~~ REVISED SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/21

In accordance with the Court's scheduling order, and Plaintiff's request for its extension of time, ~~Plaintiff respectfully proposes the revised scheduling order:~~ the scheduling order is revised as follows:

1. On or before 1/28/21, counsel for Plaintiff must send a written proposal for settlement to counsel for the Commissioner.

2. If the case cannot be resolved, no later than ~~30 after Plaintiff's settlement proposal is due~~ March 1, 2021, the parties shall file a joint letter advising the court that no settlement can be reached.

3. No later than ~~30 days after the parties' joint letter is due~~ April 1, 2021, Plaintiff shall file his motion for judgment on the pleadings.

4. The Commissioner shall file her response to the motion for judgment on the pleadings no later than ~~60 days after Plaintiff's motion is due~~ June 1, 2021.

5. No later than ~~21 days after the Commissioner's response is due~~ June 22, 2021, Plaintiff shall file any reply.

1

2

Dated: Newburgh, NY
January 13, 2021

Respectfully submitted,

_____s/_____
JOSEPHINE GOTTESMAN
Attorney for Plaintiff
Dennis Kenny Law
288 North Plank Rd
Newburgh, NY 12550
Tel: 845-566-4400
Fax: 845-569-0111
e-mail: jgottesman@denniskennyssdlaw.com

Cc: Susan D. Baird
Assistant U.S. Attorney
Southern District of NY
86 Chambers St., 3d Floor
New York, NY 10007

SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 15, 2021