

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/21
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York. NY 10007

June 8, 2021

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re:  Scott W. Harrison v. Comm'r of Soc. Sec.
           20 Civ. 5282 (BCM)

Dear Judge Moses:

      Pursuant to the briefing schedule in the above-referenced Social Security case, the defendant's brief was due June 1, 2021. We write respectfully to request, with the gracious consent of plaintiff's counsel, that the time to file the brief be adjourned *nunc pro tunc* to June 11, 2021, with plaintiff's reply brief, if any, to be due by July 2, 2021. We regret this oversight which was brought to the attention of the undersigned by a call from chambers today. We appreciate the Court's consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney

      By:      s/  *Susan D. Baird*
            SUSAN D. BAIRD
            Assistant United States Attorney
            tel. (212) 637-2713
            Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.

---

Application GRANTED. The Commissioner shall file her response to the motion for judgment on the pleadings no later than **June 11, 2021**. Plaintiff shall file any reply no later than **July 2, 2021**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 9, 2021