# DK DENNIS KENNY LAW

288 NORTH PLANK ROAD, NEWBURGH, NY 12550

PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

OF COUNSEL
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/21

**MEMO ENDORSED**

<u>VIA ECF</u>

JUNE 28, 2021

HON. BARBARA C. MOSES
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> June 29, 2021

RE: Harrison v. Commissioner SSA
20-CV-05282 (BCM)

Your Honor:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's reply memorandum of law is due to be filed in this case on July 2, 2021. With Defendant's kind consent, we are respectfully requesting an extension of time to file for three weeks, with a due date of July 23, 2021. Counsel has a number of intervening deadlines occasioned by adjourned filing of Administrative records. This is the first time such relief has been requested. There are no other deadlines affected by this request.

Thank you for your consideration.


Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Susan D. Baird, Assistant U.S. Attorney

ADDITIONAL OFFICES AT:
55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY