**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SCOTT W. HARRISON,

                      Plaintiff,

    -against-                                     20 **CIVIL** 5282 (BCM)

                                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 29, 2022, because the Decision is free from legal error and the ALJ's findings and conclusions are supported by substantial evidence, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

         May 2, 2022

                                                                    **RUBY J. KRAJICK**
                                                                       Clerk of Court

                                                      BY:
                                                                       **Deputy Clerk**